

**Robert J. Katerberg**
+1 202.942.6289 Direct
Robert.Katerberg@arnoldporter.com

October 2, 2023

<u>**VIA CM/ECF**</u>

Michael E. Gans
Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

       Re:    Availability for Oral Argument in *Bhatti et al. v. Federal Housing Finance Agency et al.*, No. 23-01051 (8th Cir.)

Dear Mr. Gans:

       I represent Defendants-Appellees Federal Housing Finance Agency and Ms. Sandra L. Thompson in the above-captioned matter. Pursuant to the Court's Notice of Docket Activity dated June 14, 2023, I understand that this appeal has been screened for oral argument.

       Based on a review of the Court's current oral argument calendar, I write to notify the Court that I will be unavailable for oral argument during the panel sittings scheduled for March 11-15, 2024. Those dates conflict with a previously scheduled international trip. Thank you for the Court's consideration.

       Respectfully submitted,

       Robert J. Katerberg

cc:    All counsel of record via CM/ECF

**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave, NW | Washington, DC 20001-3743 | **www.arnoldporter.com**